**FILED**

**November 18, 2011**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003911107

Mark D. Estle (CA Bar No. 135004)
THE ESTLE LAW FIRM
12520 High Bluff Drive, Suite 265
San Diego, California 92130
Telephone  (858)720-0890
Facsimile  (858)720-0092

Attorney for Movant THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>MARIA ELENA FLORES,<br><br>Debtor (s). | Case No. 11-44149-C-13C<br>Chapter 13<br>DC No.: MDE-1<br><br>MOTION FOR RELIEF FROM<br>AUTOMATIC STAY<br><br>Date:  December 20, 2011<br>Time: 1:30 p.m.<br>Judge: KLEIN<br>Dept: C<br>Floor: 6th<br>Crtm:  33<br>Place: 501 I STREET<br>          SACRAMENTO, CA |

TO THE DEBTOR MARIA ELENA FLORES, THE CHAPTER 13 TRUSTEE AND ALL

OTHER INTERESTED PARTIES:

    THE BANK OF NEW YORK MELLON FORMERLY KNOWN AS THE BANK OF

NEW YORK AS SUCCESSOR TRUSTEE ("Movant") moves this Court for an Order granting

Movant relief from the automatic stay in order to exercise its remedies under California law,

including but not limited to, recovery of possession of the Property located at 3633 French

Avenue, Sacramento, CA 95821 (the "Property").

    This Court has jurisdiction over this matter pursuant to 11 U.S.C. §361 and §362 and

Federal Rules of Bankruptcy Procedure 4001, 9013 and 9014, and Local Bankruptcy Rules for

1

the Eastern District, Rule 4001-1.  This is a core proceeding under 28 U.S.C. 157 (b) (2).

This motion is based upon all of the documents, records and evidence on file in the instant case together with the Notice of Motion, this Motion, and the Declaration of Deborah M. Bass filed and served concurrently herewith, and such additional documents, records, evidence and argument of counsel as may be presented.

Movant is the owner of the Property, having obtained title to the Property through a lawful foreclosure proceeding under California Civil Code §2924.  A Trustee's Deed Upon Sale conveying title to the Property to Movant was executed and delivered to Movant on June 1, 2011.

Movant served Debtor with a Notice to vacate the Property on June 14, 2011.  Movant then filed an unlawful detainer complaint on July 11, 2011.

A Judgment for unlawful detainer was entered against Debtor on September 15, 2011.  A writ of possession was then issued on September 20, 2011.

Debtor filed this Chapter 13 bankruptcy on October 7, 2011.

One copy of the Relief from Stay Summary Sheet is filed herewith as a separate document in accordance with Local Rule 4001-1(c).

Movant alleges that cause exists based on the foregoing, there is no equity in the Property, and the Property is not necessary for an effective reorganization.

WHEREFORE, Movant prays this Court issue an Order:

A.    Terminating the automatic stay to permit Movant, its successors and/or assigns, to exercise its lawful remedies under applicable non-bankruptcy law, including but not limited to the right to obtain possession of the Property; and

B.    In the event this Chapter 13 proceeding is converted to another Chapter, the order be deemed binding and of full force and effect in any such converted proceeding as to the parties herein; and

C.    That the 14-day waiting period prescribed by Federal Rules of Bankruptcy Procedure, Rule 4001 (a)(3) be waived.

/ / / /

2

1   / / / /

2       D.   Movant shall be granted such other and further relief as this Court deems just and

3   proper.

4

5                                                  THE ESTLE LAW FIRM

6
    DATED: November 18, 2011                    By: /s/ Mark D. Estle
7                                                  MARK D. ESTLE,
                                                   Attorney for Movant
8                                                  THE BANK OF NEW YORK MELLON
                                                   FKA THE BANK OF NEW YORK, NOT
9                                                  IN ITS INDIVIDUAL CAPACITY BUT
                                                   SOLELY AS TRUSTEE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28